# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Joshua Cox,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RealPage, Inc., and Equifax, Inc.<br><br>　　　　　Defendant. | Civil Action No.: 3:19-cv-00568-S<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE AND REQUEST TO RESET SCHEDULING CONFERENCE** |

1. Plaintiff, Joshua Cox, hereby respectfully requests that this Court continue the Scheduling Conference currently set for June 10, 2019 at 1:30 p.m. and reschedule it for a date in or after mid-July that is convenient for the Court.

2. Plaintiff commenced this action on March 7, 2019, by filing his Complaint against Defendant, RealPage, Inc. ("RealPage").

3. Plaintiff served RealPage on March 12, 2019, and RealPage filed a motion to dismiss on April 16, 2019.

4. On May 7, 2019, Plaintiff filed an Amended Complaint joining Equifax, Inc. ("Equifax") as a Defendant in this action.

5. On May 24, 2019, Plaintiff sent the Summons and Amended Complaint to its process server to be served on Equifax.

6. To allow time for Plaintiff to effect service on Equifax, and for Equifax to prepare its Answer and participate in the Rule 26(f) conference, Plaintiff respectfully requests that the Court continue the Scheduling Conference originally scheduled for June 10, 2019 at 1:30 p.m. and reschedule it for a date in or after mid-July that is convenient for the Court.

7. Counsel for Plaintiff has conferred with Counsel for RealPage, and RealPage does not oppose the relief requested herein.

8. Plaintiff thanks the Court for considering this request.

Dated: May 24, 2019

                                        Respectfully submitted,

                                        By */s/ Jody B. Burton*

                                        Jody B. Burton, Esq.
                                        CT Bar # 422773
                                        LEMBERG LAW, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        E-mail: jburton@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, a true and correct copy of the foregoing Motion for Continuance and Request to Reset Conference was filed electronically with the U.S. District Court for the Southern District of Texas.

                                        By  /s/ Jody B. Burton
                                               Jody B. Burton