UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Joshua Cox,<br><br>  Plaintiff,<br>v.<br><br>RealPage, Inc., and Equifax, Inc.,<br><br>  Defendants. | Civil Action No.: 3:19-cv-00568-S |

## STIPULATION OF DISMISSAL AS TO EQUIFAX, INC., ONLY

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed as to Equifax, Inc., only, without prejudice and without costs to any party.


Joshua Cox                                              Equifax, Inc.

___/s/ Jody B. Burton_____                         ___/s/ Monica F. Ramirez_____

Jody B. Burton, Esq.                                    Monica F. Ramirez
CT Bar No. 422773                                       State Bar No. 24068621
LEMBERG LAW, L.L.C.                                     CLARK HILL STRASBURGER
43 Danbury Road, 3rd Floor                              901 Main Street, Suite 6000
Wilton, CT 06897                                        Dallas, TX 75202
Telephone: (203) 653-2250                               Telephone: (214) 651-4300
Facsimile:  (203) 653-3424                              Facsimile: (214) 651-4330
jburton@lemberglaw.com                                  Monica.ramirez@clarkhillstrasburger.com
Attorney for Plaintiff                                  Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2019, a true and correct copy of the foregoing Stipulation of Dismissal as to Equifax, Inc., only, was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Jody B. Burton_____
                                                   Jody B. Burton