# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA COX | § § § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-0568-S |
| REALPAGE, INC. | § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Kenneth Rubenstein
Burdin Mediations
4514 Cole Avenue
Suite 1450
Dallas, Texas 75205
(214) 528-1411
kruben@swbell.net

Mediation shall be in person and completed **90 days before trial.**

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 2, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE