UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Joshua Cox,<br><br>                Plaintiff,<br>   v.<br><br>RealPage, Inc.,<br><br>                Defendant. | Case No.: 3:19-cv-00568-S |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Joshua Cox, ("Plaintiff") and Defendant RealPage, Inc., ("Defendant") in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: January 20, 2020

Respectfully submitted,

By: */s/ Jody Burton*

Jody Burton, Esq.
Lemberg Law, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By */s/ Jody Burton*
                                        Jody Burton, Esq.